R. Fred Cooper
Attorney at Law
Idaho State Bar No. 3418
770 South Woodruff Avenue
Idaho Falls, ID 83401
Telephone: (208) 524-2015
Facsimile: (208) 524-2051

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 18-40294 |
|---|---|---|
| | ) | |
| GEORGE ALLEN BARZEE | ) | Chapter 7 |
| AUDREY BARZEE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF CHANGE OF CREDITORS' ADDRESSES

COME NOW the Debtors and give notice of a change in creditors' addresses in the above-captioned matter, and states that a copy of the NOTICE OF CHAPTER 7 BANKRUPTCY FILING, MEETING OF CREDITORS, & DEADLINES was mailed to said creditors, as listed below:

**Original address:**

Blackfoot Family Dentistry
380 Judicial St.
Blackfoot, ID 83221

Hearing Zone
340 W. Judicial St.
Blackfoot, ID 83221

**Changed address:**

Blackfoot Family Dentistry
790 N. Meridian St.
Blackfoot, ID 83221-4936

Hearing Zone
720 N. Meridian St., Ste. B
Blackfoot, ID 83221

Trust Financial  
dba Bingham Collections  
307 W. Judicial  
Blackfoot, ID 83221

Trust Financial  
dba Bingham Collections  
PO Box 1825  
Idaho Falls, ID 83403-1825

DATED this 12th day of April, 2018.

_____  
Cachea Young  
Secretary to R. Fred Cooper